UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRICK HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:10 CV 807 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on an appeal from an adverse ruling of the Social Security Administration. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On March 15, 2011 Judge Blanton filed his recommendation that the decision of the Commissioner be reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of § 405(g). Any objections were due March 29, 2011. No objections to the report and recommendation were filed.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended ruling in the Report and Recommendation of March 15, 2011 and will reverse and remand the decision of the Commissioner for further proceedings pursuant to sentence four of § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated March 15, 2011 [#21] is adopted in its entirety.

**IT IS FURTHER ORDERED that** the decision of the Administrative Law Judge is

**REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with the instructions in the Report and Recommendation.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

                                                                       _____
                                                                        RODNEY W. SIPPEL
                                                                        UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2011.